SCHIFF HARDIN LLP
JAMES R. BALICH (CSB No. 085103)
jbalich@schiffhardin.com
JAMES A. RAPORE (CSB No. 278925)
jrapore@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
JOHNNY'S FINE FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PACIFIC MERIDIAN GROUP, L.L.C. d/b/a PACIFIC FARMS,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY'S FINE FOODS, INC.,<br><br>Defendant. | Case No. C 12-02419 SI<br><br>(Superior Court of California County of Alameda Case No. RG12625496)<br><br>Action Removed: May 11, 2012<br><br>SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a) |
|---|---|

In a stipulation filed on May 17, 2012, Plaintiff Pacific Meridian Group, L.L.C. d/b/a Pacific Farms ("Pacific") and Defendant Johnny's Fine Foods, Inc. ("Johnny's"), by and through their respective counsel stipulated and agreed that the time for Johnny's to answer or otherwise respond to the Complaint be extended by fourteen days, to and including June 1, 2012. Since the May 17, 2012 stipulation, the parties have agreed that the time for Johnny's to answer or otherwise respond to the Complaint be extended an additional seven days, to and including June 8, 2012.

///

///

///

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SECOND STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. C 12-02419 SI

1  Pursuant to Northern District of California General Order 45, Section X(b), the filer of
2  this stipulation attests that concurrence to the filing of this document has been obtained from the
3  other signatory hereto.

4  Dated: May 29, 2012  Schiff Hardin LLP

6  By: /s/ James A. Rapore
7      James A. Rapore
       Attorneys for Defendant
8      JOHNNY'S FINE FOODS, INC.

11 Dated: May 29, 2012  Stein & Lubin LLP
12

14 By: /s/ Daniel K. Slaughter
       Daniel K. Slaughter
15     Attorneys for Plaintiff
       PACIFIC MERIDIAN GROUP, LLC
16     d/b/a/ PACIFIC FARMS

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 2 -

SECOND STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. C 12-02419 SI

## CERTIFICATE OF SERVICE

I James A. Rapore, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 30, 2012.

                                        Schiff Hardin LLP

By: /s/ James A. Rapore
     James A. Rapore
     Attorneys for Defendant
     JOHNNY'S FINE FOODS, INC.

SF\320274667.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE
CASE NO. C 12-02419 SI