Daniel K. Slaughter (SBN 136725)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California  94111
Telephone:     (415) 981-0550
Facsimile:     (415) 981-4343
dslaughter@steinlubin.com

Attorneys for Plaintiff
PACIFIC MERIDIAN GROUP, LLC d/b/a
PACIFIC FARMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PACIFIC MERIDIAN GROUP, LLC d/b/a PACIFIC FARMS, | Case No. C 12-02419 SI |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| JOHNNY'S FINE FOODS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a) and the Settlement Agreement and Release of All Claims executed by the parties on August 10 and 13, 2012, plaintiff Pacific Meridian Group, LLC d/b/a Pacific Farms voluntarily dismisses the above-captioned action with prejudice.

Dated: August 14, 2012

STEIN & LUBIN LLP

By: _____
Daniel K. Slaughter
Attorneys for Plaintiff
PACIFIC MERIDIAN GROUP, LLC d/b/a
PACIFIC FARMS

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 08/14/2012 — IT IS SO ORDERED — Judge Susan Illston]*

0800014/473079v1

1

NOTICE OF VOLUNTARY DISMISSAL