Daniel K. Slaughter (SBN 136725)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
dslaughter@steinlubin.com

Attorneys for Plaintiff
PACIFIC MERIDIAN GROUP, LLC d/b/a
PACIFIC FARMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC MERIDIAN GROUP, LLC d/b/a PACIFIC FARMS,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY'S FINE FOODS, INC.,<br><br>Defendant. | Case No. C 12-02419 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a) and the Settlement Agreement and Release of All Claims executed by the parties on August 10 and 13, 2012, plaintiff Pacific Meridian Group, LLC d/b/a Pacific Farms voluntarily dismisses the above-captioned action with prejudice.

Dated: August 14, 2012                                STEIN & LUBIN LLP

                                                      By: _____
                                                      Daniel K. Slaughter
                                                      Attorneys for Plaintiff
                                                      PACIFIC MERIDIAN GROUP, LLC d/b/a
                                                      PACIFIC FARMS

[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 08/14/2012 — IT IS SO ORDERED — Judge Susan Illston]

0800014/473079v1

1

NOTICE OF VOLUNTARY DISMISSAL